UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
SEP 21 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. **4:22CR521-SRC/SPM** |
| v. ) | |
| ) | |
| DWAUNDRE K. VALLEY, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges that:

## INTRODUCTION

At all times material to this Indictment, unless otherwise specified below:

1. Defendant DWAUNDRE K. VALLEY was a resident of Bridgeton, Missouri, within the Eastern District of Missouri.

2. The United States Postal Service ("USPS") is an independent agency of the United States, charged with providing postal service throughout the United States. As part of its responsibility to provide postal service, USPS maintained secure, publicly accessible collection boxes for the deposit of mail to be delivered by USPS. USPS collection boxes were outfitted with locks that were opened with a USPS-issued master key, also known as an "arrow key."

3. As part of its responsibility to provide postal service, USPS also employed postal carriers to pick up and deliver U.S. mail. USPS issued arrow keys to postal carriers. The duties of postal carriers, included, among other duties, maintaining custody of arrow keys and using arrow keys to open USPS collection boxes and pick up mail deposited into these collection boxes, for said mail to be delivered by USPS.

4. Individual R.N. was a postal carrier employed by USPS and was a public official as defined in Title 18, United States Code, Section 201(a)(1).

1

5. Individual S.P. was postal carrier employed by USPS and was a public official as defined in Title 18, United States Code, Section 201(a)(1).

6. Individual J.R. was a postal carrier employed by USPS and was a public official as defined in Title 18, United States Code, Section 201(a)(1).

## COUNT I
### Bribery of a Public Official (18 U.S.C. §§ 201(b)(1)(A) and (C))

7. Paragraphs 1 through 6 are realleged and incorporated by reference as if fully set forth herein.

8. On or about March 4, 2022, in St. Ann, Missouri, in the Eastern District of Missouri, the defendant,

**DWAUNDRE K. VALLEY**,

did, directly and indirectly, corruptly give, offer, and promise a thing of value to a public official, namely, Individual R.N., with intent to influence an official act and with intent to induce a public official to do an act or omit to do an act in violation of his or her official duty, that is, offer to provide money to Individual R.N. in exchange for the arrow key issued by USPS to Individual R.N.

In violation of Title 18, United States Code, Section 201(b)(1)(A) and (C).

## COUNT II
### Bribery of a Public Official (18 U.S.C. §§ 201(b)(1)(A) and (C))

9. Paragraphs 1 through 6 are realleged and incorporated by reference as if fully set fourth herein.

10. On or about April 15, 2022, in Florissant, Missouri, in the Eastern District of Missouri, the defendant,

**DWAUNDRE K. VALLEY**,

did, directly and indirectly, corruptly give, offer, and promise a thing of value to a public official, namely, Individual S.P., with intent to influence an official act and with intent to induce a public

2

official to do an act or omit to do an act in violation of his or her official duty, that is, offer money to Individual S.P. in exchange for the arrow key issued by USPS to Individual S.P.

In violation of Title 18, United States Code, Section 201(b)(1)(A) and (C).

## COUNT III
### Bribery of a Public Official (18 U.S.C. §§ 201(b)(1)(A) and (C))

11. Paragraphs 1 through 6 are realleged and incorporated by reference as if fully set forth herein

12. On or about April 20, 2022, in Maryland Heights, Missouri, in the Eastern District of Missouri, the defendant,

**DWAUNDRE K. VALLEY,**

did, directly and indirectly, corruptly give, offer, and promise a thing of value to a public official, namely, Individual J.R., with intent to influence an official act and with intent to induce a public official to do an act or omit to do an act in violation of his or her official duty, that is, offer money to Individual J.R. in exchange for the arrow key issued by USPS to Individual J.R.

In violation of Title 18, United States Code, Section 201(b)(1)(A) and (C).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JONATHAN A. CLOW, #68003MO
Assistant United States Attorney